FILED

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

7:50 pm, 11/19/26

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Scott W Skavdahl, Chief United States District Judge
Case No. 24-CV-39-SWS

Mariah Schafersman, Deputy Clerk
Jan Davis, Court Reporter
Caroline Hernandez, Law Clerk

November 18, 2026
Casper, WY

BLAISE CHIVERS-KING, et al.,

Ciara Anderson Boerman
Ian Ross
Katie Wiese Valiant
Siddhartha Rathod
Allison Mahoney
Houston Woodhouse – Trial Technician

Plaintiffs

vs

WYOMING DEPARTMENT OF FAMILY SERVICES, et al.,

Debra Hulett
Mark Stewart
Catherine Young
Scott Ortiz
Katherine Kleve
Katherine Lackey – Paralegal
Mindy Bellar - Paralegal

Defendants

| JURY TRIAL<br>DAY 8 |
|---|

8:32 a.m. Court in session outside the presence of the jury, the Court and parties had a final discussion regarding jury instructions.

8:45 am Court is in recess

8:53 am Court is in session. Jury returned to courtroom. Court's Final Jury Instructions and Verdict form read and published to Jury

9:34 a.m. Closing Argument of Plaintiff by Ms. Boerman

| | |
|---|---|
| 10:28 am | Jury excused, Court is in recess. |
| 10:41 a.m. | Court is in session. Jury members returned to the Courtroom. |
| 10:42 am | Closing Argument of Defendants by Mr. Ortiz |
| 11:50 a.m. | Follow up of Plaintiff by Mr. Rathod |
| 12:10 p.m. | Bailiff called forward and sworn. Jurors retired to the jury room to begin deliberations. (Courtroom Deputy collected cellular phones, showed jurors the JERS system and left Jurors to their deliberations). |
| 12:15 pm | Court is in recess to await a verdict from the jury. |
| 2:39 pm | Court is in session to address a question from the jury. |
| 2:43 pm | Court directed the Bailiff to provide it's answer to the jury in response to their question. |
| 3:10 pm | Court is in session to address question #2 from the jury. Court's answer delivered to jury. |
| 7:05 pm | Court is in session to address question #3 from the jury |
| 7:12 pm | Jury notified bailiff they have reached a verdict. Court went off the record to allow the remaining parties to return to the courtroom. |
| 7:21 p.m. | Jury members returned to the courtroom. |
| 7:23 pm | The verdict was received and read by the Court. |
| 7:33 pm | The Court gave the jury a final instruction. |
| 7:36 pm | Jury exited the courtroom. Court is adjourned. |